NDFL Prob 35　　　　　　　　　　　　　　　　　Report and Order Terminating Probation/
(1/92)　　　　　　　　　　　　　　　　　　　　　　　　　　Supervised Release
　　　　　　　　　　　　　　　　　　　　　　　Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V　　　　　　　　　　　　　　　　　　　　　Crim. No. 3:06-cr-00104/MCR

MICHAEL CROWELL

　　　　On May 8, 2006, the above named was placed on supervised release for a period of four years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Michael Crowell be discharged from supervised release.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　_/s/ Donna D. Easterling_
　　　　　　　　　　　　　　　　　　　　　Donna D. Easterling
　　　　　　　　　　　　　　　　　　　　　U.S. Probation Officer


### ORDER OF THE COURT

　　　　Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this _10th_ day of _December_, 2008.

　　　　　　　　　　　　　　　　　　　　　_/s/ M. Casey Rodgers_
　　　　　　　　　　　　　　　　　　　　　The Honorable M. Casey Rodgers
　　　　　　　　　　　　　　　　　　　　　United States District Judge